THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WALTER HICKEY et al., Appellants.

*Crimes — larceny — using automobile without consent of owner — judgment of conviction affirmed.*

People v. *Hickey*, 211 App. Div. 826, affirmed.

(Argued December 9, 1924; decided December 19, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1924, which affirmed a judgment of the Albany County Court, rendered upon a verdict convicting the defendant of the crime of larceny as defined by section 1293-a of the Penal Law.

*John J. Conway* for appellants.

*Charles J. Herrick,* District Attorney (*John T. Delaney* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ALICE RYAN, as Administratrix of the Estate of EDWARD F. RYAN, Deceased, Appellant, v. THE FEENEY AND SHEEHAN BUILDING COMPANY, Respondent.

(Submitted December 15, 1924; decided December 19, 1924.)

Motion for a re-argument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 239 N. Y. 43.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN RUSSO, Appellant.

(Submitted December 15, 1924; decided December 19, 1924.)

Motion for re-argument denied. (See 239 N. Y. 548.)